IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOMBARDIER TRANSPORTATION HOLDINGS USA, INC.,** | : : Civil Action No. 2:16-cv-01903-YK |
| Plaintiff, | : |
| v. | : |
| **UNITED CHEMI-CON, INC.,** | : Electronically Filed |
| Defendant. | : |

### STIPULATION TO DISMISS

It is hereby stipulated by and between the parties that the above matter is to be dismissed with prejudice. All parties to this litigation are to bear their own attorneys' fees and costs.

Respectfully submitted by,

| MOMKUS LLC | DICKIE, McCAMEY & CHILCOTE, P.C. |
|---|---|
| By /s/ John P. Killacky | By /s/ Christopher A. Lovato |
| John P. Killacky, Esquire<br>Admitted Pro Hac Vice | Christopher A. Lovato, Esquire<br>PA I.D. # 208124 |
| 1001 Warrenville Road<br>Suite 500<br>Lisle, IL 60532<br>jkillacky@momkus.com | Two PPG Place, Suite 400<br>Pittsburgh, PA 15222<br>clovato@dmclaw.com |
| Counsel for Defendant. | Counsel for Plaintiff |