# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOMBARDIER TRANSPORTATION HOLDINGS USA, INC., | : : | |
| Plaintiff | : : | No. 2:16-cv-01903 |
| v. | : : | (Judge Kane) |
| UNITED CHEMI-CON, INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 13th day of August 2020, upon consideration of the parties' stipulation to dismiss the above-captioned action with prejudice (Doc. No. 120), **IT IS ORDERED THAT** the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorney fees and costs. **IT IS FURTHER ORDERED THAT** Defendant's motion to exclude the testimony of Plaintiff's proposed expert witnesses (Doc. No. 96) is **DENIED** as moot. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Western District of Pennsylvania
*Sitting by designation*